UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

                Plaintiff,

v.

VAN HOOK,

                Defendants.

No. 3:16-cv-05785-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Temporary Restraining Order (Dkt. 75) is DENIED.

**DATED** this 17th day of November, 2017.

                                            Ronald B. Leighton
                                            United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1