UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>                  Plaintiff,<br>v.<br><br>VAN HOOK,<br><br>                  Defendant. | No. 3:16-CV-05785-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Summary Judgment (Dkt. #63) is denied.

(3) Defendants' Motion for Summary Judgment (Dkt. #76) is granted, and Plaintiff's claims are dismissed with prejudice.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 2nd day of January, 2018.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1